ACCEPTED
03-14-00130-CV
4660635
THIRD COURT OF APPEALS
AUSTIN, TEXAS
3/26/2015 3:37:05 PM
JEFFREY D. KYLE
CLERK

# FREDERICK, PERALES, ALMON & ROCKWELL, P.C.

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

3/26/2015 3:37:05 PM

JEFFREY D. KYLE
Clerk

707 Rio Grande, Suite 200
Austin, TX 78701
(512) 469-6000 Phone
(512) 482-9346 Fax

March 26, 2015

Mr. Jeffrey D. Kyle, Clerk of the Third Court of Appeals          *via e-file*
Price Daniel, Sr. Building, Room 101
209 W. 14th Street
Austin, Texas 78701

Re:     Court of Appeals No. 03-14-00130-CV; *Sierra Club and Public Citizen v. Texas Commission on Environmental Quality and Southwestern Electric Power Company.*

Dear Mr. Kyle:

In response to your letter dated March 24, 2015, please know that I intend to argue the above-referenced case before the Court on May 6, 2015 at 1:30 PM, on behalf of Appellants Sierra Club and Public Citizen. Please feel free to contact me if you have any questions.

Sincerely,

/s/ Eric Allmon
Eric Allmon
*Frederick, Perales,*
*Allmon & Rockwell, P.C.*
707 Rio Grande, Ste. 200
Austin, Texas 78701
(512) 469-6000
(512) 482-9346 (facsimile)
eallmon@lf-lawfirm.com

## CERTIFICATE OF SERVICE

By my signature below, I certify that on this 26th day of March, 2015, a copy of the foregoing document was served upon the parties identified below via electronic service.

/s/ Eric Allmon
Eric Allmon

FOR SOUTHWESTERN
ELECTRIC POWER CO.:
Derek Seal
401 Congress Ave., Ste. 2100
Austin, Texas 78701
Tel: (512) 370-2800
Fax: (512) 370-2850
dseal@winstead.com

FOR THE TEXAS COMMISSION
ON ENVIRONMENTAL QUALITY
Anthony Grigsby
Office of the Attorney General
P.O. Box 12548 (MC-066)
Austin, Texas 78711-2548
Tel: (512) 463-2012
Facsimile: (512) 320-0911
anthony.grigsby@texasattorneygeneral.gov